AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Levy, Jon D. | U.S. District Court, Maine | 07/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

156 Federal Street
Portland Maine 04101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | XXX Street Condominium Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Matthew Bender & Co., book royalties | $488.72 |
| 2. | 2019 | Maine Public Employees Retirement | $60,843.20 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | _____, LLC, Self-employed Psychologist (self-employment income) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Jury Innovations Workshop | May 9 and 10 | New York | Attend Civil Jury Workshop | 764.00 - Transportation and Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Levy, Jon D.** | 07/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Investment Account #1: | | | | | | | | | |
| 2.  Strategic ADV Tax Sensitive Short Duration | B | Dividend | K | T | Buy<br>(add'l) | 05/30/19 | J | | |
| 3. | | | | | Buy<br>(add'l) | 08/29/19 | J | | |
| 4. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 5.  Fidelity SAI Tax Free Bond | A | Dividend | K | T | Sold<br>(part) | 03/11/19 | J | | |
| 6. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 7. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 8.  Black Rack Nat. Municipal Fund | A | Dividend | K | T | Buy<br>(add'l) | 03/06/19 | J | | |
| 9. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 10. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 11.  Western Asset Managed Muni | A | Dividend | K | T | Buy<br>(add'l) | 03/06/19 | J | | |
| 12. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 13. | | | | | Sold<br>(part) | 08/29/19 | J | A | |
| 14. | | | | | Sold<br>(part) | 09/10/19 | J | A | |
| 15. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 16. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 17.  Rowe Price Tax Free High Yield | A | Dividend | J | T | Buy<br>(add'l) | 03/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Templeton Global Bond | A | Dividend | J | T | Buy (add'l) | 03/06/19 | J | | |
| 19. | | | | | | Sold (part) | 06/25/19 | J | | |
| 20. | Wells Fargo Muni Bond Fund | A | Dividend | J | T | Sold (part) | 03/11/19 | J | A | |
| 21. | Fidelity Govt Cash Reserves | A | Interest | J | T | | | | | |
| 22. | Fidelity Value Discvery | A | Dividend | K | T | Sold (part) | 03/11/19 | J | | |
| 23. | Fidelity Blue Chip Growth | A | Dividend | K | T | | | | | |
| 24. | LSV Small Cap Value Fund Inst. | A | Dividend | L | T | Sold (part) | 03/11/19 | J | | |
| 25. | American Capital Income Builder | A | Dividend | L | T | Sold (part) | 09/10/19 | J | A | |
| 26. | American Capital World Growth & Incone | A | Dividend | K | T | | | | | |
| 27. | Dodge & Cox Int. Stock | A | Dividend | J | T | Buy (add'l) | 03/11/19 | J | | |
| 28. | | | | | | Sold (part) | 06/25/19 | J | A | |
| 29. | | | | | | Sold (part) | 08/29/19 | J | | |
| 30. | | | | | | Buy (add'l) | 12/26/19 | J | | |
| 31. | American Europaci Fic Growth Fund F3 | A | Dividend | K | T | Sold (part) | 03/06/19 | J | A | |
| 32. | | | | | | Sold (part) | 09/10/19 | J | C | |
| 33. | The Growth Fund of America F3 | A | Dividend | K | T | Sold (part) | 09/10/19 | J | B | |
| 34. | JP Morgan US Lg Cap Core Plus Class 1 | A | Dividend | J | T | Buy (add'l) | 08/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 12/16/19 | J | A | |
| 36. Loomis Sales Growth C 1 4 | A | Dividend | J | T | | | | | |
| 37. American New World Fund | A | Dividend | K | T | Sold<br>(part) | 03/06/19 | J | A | |
| 38. | | | | | Sold<br>(part) | 03/11/19 | J | C | |
| 39. | | | | | Sold<br>(part) | 09/10/19 | J | B | |
| 40. T-Rowe Price New Era | A | Dividend | J | T | Buy<br>(add'l) | 08/29/19 | J | | |
| 41. Victory Munder Vrcty Small Cap Value R6 | A | Dividend | J | T | | | | | |
| 42. Ishares Core S&P 500 ETF | A | Dividend | J | T | Sold<br>(part) | 03/12/19 | J | A | |
| 43. Ishares Russell Midcap Grwoth | A | Dividend | J | T | | | | | |
| 44. Ishares S&P Mid Cap 400 Growth | A | Dividend | J | T | Sold<br>(part) | 09/11/19 | J | A | |
| 45. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 46. Ishares Russell 1000 Growth ETF | A | Dividend | K | T | Sold<br>(part) | 03/12/19 | J | A | |
| 47. Ishares S&P Midcap 400 Value ETF | A | Dividend | J | T | | | | | |
| 48. Ishares TR S&P Small Cap 600 ETF Value | A | Dividend | J | T | Sold<br>(part) | 03/12/19 | J | | |
| 49. | | | | | Sold<br>(part) | 06/25/19 | J | | |
| 50. | | | | | Buy<br>(add'l) | 08/30/19 | J | | |
| 51. | | | | | Sold<br>(part) | 12/17/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Ishares Edge MSCI USA Quality | A | Dividend | K | T | | | | | |
| 53.  Ishares Edge MSCI USA Value Factor ETF | A | Dividend | K | T | Sold<br>(part) | 03/12/19 | J | A | |
| 54. | | | | | Sold<br>(part) | 06/26/19 | J | A | |
| 55. | | | | | Sold<br>(part) | 09/11/19 | J | A | |
| 56.  SPDR Index SHS FDP S&P Global Nat.<br>Res. | A | Dividend | K | T | Sold<br>(part) | 08/30/19 | J | | |
| 57.  Transamerica Int. Equity Cl. 1 | A | Dividend | J | T | Buy<br>(add'l) | 09/10/19 | J | | |
| 58. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 59.  Fidelity Govt Cash Reserve | A | Interest | J | T | Buy<br>(add'l) | 10/01/19 | J | | |
| 60. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 61. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 62. | | | | | Sold<br>(part) | 08/15/19 | J | | |
| 63. | | | | | Sold<br>(part) | 11/29/19 | J | | |
| 64.  IRA #1: | | | | | | | | | |
| 65.  Fidelity Int'l Enhanced Index | A | Dividend | J | T | Sold<br>(part) | 06/21/19 | J | | |
| 66. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 67. | | | | | Sold<br>(part) | 09/19/19 | J | | |
| 68.  Fidelity SAI Inflation Focused | A | Dividend | J | T | Buy<br>(add'l) | 01/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 06/21/19 | J | A | |
| 70. | | | | | Sold<br>(part) | 08/16/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 72.   Fidelity SAI VS Value Index | A | Dividend | K | T | Sold<br>(part) | 01/30/19 | J | | |
| 73. | | | | | Sold<br>(part) | 06/21/19 | K | | |
| 74. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 76. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 77.   Fidelity SAI US Momentum Index | A | Dividend | J | T | Buy<br>(add'l) | 01/30/19 | J | | |
| 78. | | | | | Sold<br>(part) | 03/08/19 | J | | |
| 79. | | | | | Sold<br>(part) | 06/21/19 | J | A | |
| 80. | | | | | Sold<br>(part) | 06/28/19 | J | A | |
| 81. | | | | | Sold<br>(part) | 09/09/19 | J | A | |
| 82.   Fidelity SAI US Large Cap Index | C | Dividend | M | T | Sold<br>(part) | 01/30/19 | J | | |
| 83. | | | | | Sold<br>(part) | 03/08/19 | J | | |
| 84. | | | | | Sold<br>(part) | 06/21/19 | J | B | |
| 85. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 87. | | | | | Sold (part) | 09/19/19 | J | A | |
| 88. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 89. | | | | | Sold (part) | 12/10/19 | J | | |
| 90.   Fidelity SAI Int Index | B | Dividend | L | T | Sold (part) | 01/30/19 | J | | |
| 91. | | | | | Sold (part) | 03/08/19 | J | | |
| 92. | | | | | Sold (part) | 06/21/19 | J | | |
| 93. | | | | | Sold (part) | 06/28/19 | J | | |
| 94. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 95. | | | | | Sold (part) | 09/19/19 | J | | |
| 96. | | | | | Sold (part) | 12/10/19 | J | | |
| 97.   Fidelity SAI Emerge Markets Index | A | Dividend | K | T | Buy (add'l) | 03/08/19 | J | | |
| 98. | | | | | Sold (part) | 06/21/19 | J | | |
| 99. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 100. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 101. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 102. | | | | | Sold (part) | 10/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Fidelity SAI US Quality Index | A | Dividend | K | T | Sold (part) | 03/08/19 | J | | |
| 104. | | | | | Sold (part) | 06/21/19 | J | A | |
| 105. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 106. | | | | | Sold (part) | 12/10/19 | J | | |
| 107.  Fidelity SAI Small Mid Cap 500 Index | A | Dividend | K | T | Sold (part) | 01/30/19 | J | | |
| 108. | | | | | Sold (part) | 03/08/19 | J | | |
| 109. | | | | | Sold (part) | 06/21/19 | J | | |
| 110. | | | | | Sold (part) | 06/28/19 | J | | |
| 111. | | | | | Sold (part) | 08/16/19 | J | | |
| 112. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 113. | | | | | Sold (part) | 12/10/19 | J | A | |
| 114.  Fidelity Strategic Income Fund | A | Dividend | J | T | Buy (add'l) | 03/08/19 | J | | |
| 115. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 116. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 117. | | | | | Sold (part) | 12/10/19 | J | A | |
| 118.  Fidelity U.S. Bond Index Fund | C | Dividend | M | T | Buy (add'l) | 01/30/19 | J | | |
| 119. | | | | | Buy (add'l) | 03/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 121. | | | | | Sold (part) | 08/16/19 | J | A | |
| 122. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 123. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 124. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 125. Fidelity Conserv. Income Bond Fund | A | Dividend | K | T | Buy (add'l) | 01/30/19 | J | | |
| 126. | | | | | Sold (part) | 03/08/19 | J | | |
| 127. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 128. | | | | | Sold (part) | 08/16/19 | J | | |
| 129. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 130. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 131. Strategic Adv. Income Oppt. | A | Dividend | J | T | Buy (add'l) | 06/21/19 | J | | |
| 132. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 133. | | | | | Sold (part) | 10/18/19 | J | A | |
| 134. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 135. Fidelity Inflat-Prot Bd Index | A | Dividend | J | T | Buy (add'l) | 01/30/19 | J | | |
| 136. | | | | | Buy (add'l) | 06/21/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 10/18/19 | J | | |
| 138. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 139.  IShares Core S&P Small-Cap | A | Dividend | J | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 140. | | | | | Sold<br>(part) | 01/31/19 | J | | |
| 141. | | | | | Sold<br>(part) | 06/24/19 | J | | |
| 142. | | | | | Sold<br>(part) | 06/27/19 | J | | |
| 143. | | | | | Sold<br>(part) | 07/01/19 | J | | |
| 144. | | | | | Sold<br>(part) | 08/19/19 | J | | |
| 145. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 146. | | | | | Buy<br>(add'l) | 10/21/19 | J | | |
| 147.  Ishares TR Ease Sml Cap | A | Dividend | J | T | Sold<br>(part) | 06/24/19 | J | | |
| 148. | | | | | Sold<br>(part) | 12/11/19 | J | | |
| 149.  Ishares Tr Ease Growth | A | Dividend | J | T | Sold<br>(part) | 06/24/19 | J | | |
| 150.  Ishars Inc Core MSCI Emerging Mkts | A | Dividend | J | T | Sold<br>(part) | 01/31/19 | J | | |
| 151. | | | | | Buy<br>(add'l) | 03/11/19 | J | | |
| 152. | | | | | Sold<br>(part) | 06/24/19 | J | | |
| 153. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 155. | | | | | Buy<br>(add'l) | 08/19/19 | J | | |
| 156. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 157. Select Sector SPDR TR Energy | A | Dividend | J | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 158. | | | | | Sold<br>(part) | 01/31/19 | J | | |
| 159. FDIC Insured Deposit At Union Bank | A | Dividend | K | T | | | | | |
| 160. US Treasury NTS Note | A | Dividend | K | T | | | | | |
| 161. Fidelity Advisor Corporate Bond | A | Dividend | J | T | Buy<br>(add'l) | 12/10/19 | J | | |
| 162. Fidelity Advisor Govt Income | A | Dividend | J | T | Buy<br>(add'l) | 12/10/19 | J | | |
| 163. IRA #2: | | | | | | | | | |
| 164. Fidelity Int'l Enhanced Index Fund | A | Dividend | J | T | Sold<br>(part) | 01/23/19 | J | | |
| 165. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 166. | | | | | Sold<br>(part) | 09/19/19 | J | | |
| 167. Fidelity SAI Inflation Focused Fund | A | Dividend | J | T | Sold<br>(part) | 01/23/19 | J | | |
| 168. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 169. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 170. | | | | | Sold<br>(part) | 12/10/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Fidelity SAI US Value Index Fund | A | Dividend | J | T | Sold (part) | 01/23/19 | J | | |
| 172. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 173. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 174. | | | | | Sold (part) | 12/10/19 | J | A | |
| 175. Fidelity SAI US Momentum Index | A | Dividend | J | T | Sold (part) | 01/23/19 | J | | |
| 176. | | | | | Sold (part) | 06/28/19 | J | A | |
| 177. | | | | | Sold (part) | 09/19/19 | J | A | |
| 178. Fidelity SAI US Large Cap Index | B | Dividend | M | T | Sold (part) | 01/23/19 | J | | |
| 179. | | | | | Sold (part) | 03/08/19 | J | A | |
| 180. | | | | | Sold (part) | 06/28/19 | J | A | |
| 181. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 182. | | | | | Sold (part) | 09/19/19 | J | A | |
| 183. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 184. | | | | | Sold (part) | 12/10/19 | J | A | |
| 185. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 186. Fidelity Emerg Market Index | A | Dividend | J | T | Buy (add'l) | 03/08/19 | J | | |
| 187. | | | | | Buy (add'l) | 08/16/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 189. | | | | | Sold (part) | 10/18/19 | J | | |
| 190. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 191.  Fidelity Sat Int. Index | B | Dividend | K | T | Sold (part) | 01/23/19 | J | | |
| 192. | | | | | Sold (part) | 03/08/19 | J | | |
| 193. | | | | | Sold (part) | 06/28/19 | J | | |
| 194. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 195. | | | | | Sold (part) | 09/19/19 | J | | |
| 196. | | | | | Sold (part) | 12/10/19 | J | | |
| 197.  Fidelity SAI U.S. Quality Index Fund | B | Dividend | K | T | Sold (part) | 03/08/19 | J | A | |
| 198. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 199. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 200. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 201. | | | | | Sold (part) | 12/10/19 | J | | |
| 202.  Fidelity SAI Small Mid Cap 500 Index Fund | A | Dividend | K | T | Sold (part) | 01/23/19 | J | | |
| 203. | | | | | Sold (part) | 03/08/19 | J | | |
| 204. | | | | | Sold (part) | 06/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 08/16/19 | J | | |
| 206. | | | | | Buy<br>(add'l) | 10/18/19 | J | | |
| 207. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 208.  Fidelity Strategic Income Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 209. | | | | | Buy<br>(add'l) | 03/08/19 | J | | |
| 210. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 211. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 212.  Fidelity US Bond Index Fund | C | Dividend | M | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 213. | | | | | Buy<br>(add'l) | 03/08/19 | J | | |
| 214. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 215. | | | | | Sold<br>(part) | 08/16/19 | J | A | |
| 216. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 217. | | | | | Buy<br>(add'l) | 10/18/19 | J | | |
| 218. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 219.  Fidelity Conservative Income Bond Fund | C | Dividend | K | T | Buy<br>(add'l) | 01/23/19 | J | | |
| 220. | | | | | Sold<br>(part) | 03/08/19 | J | | |
| 221. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 223. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 224. Fidelity Advisor Govt Income Fund | A | Dividend | J | T | Buy (add'l) | 12/10/19 | J | | |
| 225. Strategic Advisory Inc Oppt | A | Dividend | J | T | Sold (part) | 03/08/19 | J | | |
| 226. | | | | | Sold (part) | 06/28/19 | J | | |
| 227. | | | | | Sold (part) | 08/16/19 | J | | |
| 228. | | | | | Sold (part) | 10/18/19 | J | A | |
| 229. Fidelity Inflat Prot Bond Index | A | Dividend | J | T | Buy (add'l) | 01/23/19 | J | | |
| 230. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 231. | | | | | Sold (part) | 12/10/19 | J | A | |
| 232. Fidelity Advisor Corp. Bond | A | Dividend | J | T | Buy (add'l) | 12/10/19 | J | | |
| 233. Fidelity Govt Cash Reserve | A | Interest | J | T | | | | | |
| 234. Ishare Core S&P Small Cap | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 235. | | | | | Sold (part) | 01/24/19 | J | | |
| 236. | | | | | Sold (part) | 07/01/19 | J | | |
| 237. | | | | | Sold (part) | 08/19/19 | J | | |
| 238. | | | | | Sold (part) | 09/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 10/21/19 | J | | |
| 240. | | | | | Sold (part) | 12/11/19 | J | | |
| 241. Ishares TR EAFE SML CP | A | Dividend | J | T | | | | | |
| 242. Ishares TR EAFE Growth | A | Dividend | J | T | Sold (part) | 03/11/19 | J | | |
| 243. Ishares Inc Core MSCI Emerging Markets | A | Dividend | J | T | Sold (part) | 01/24/19 | J | | |
| 244. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 245. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 246. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 247. | | | | | Sold (part) | 09/20/19 | J | | |
| 248. Select Spector Spdr TR Energy | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 249. | | | | | Sold (part) | 01/24/19 | J | A | |
| 250. Fidelity Govt Cash Reserve | A | Interest | J | T | | | | | |
| 251. IRA #3: | | | | | | | | | |
| 252. Fidelity Int Enhanced Index Fund | A | Dividend | J | T | Sold (part) | 01/30/19 | J | | |
| 253. | | | | | Sold (part) | 06/21/19 | J | | |
| 254. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 255. | | | | | Sold (part) | 09/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Fidelity SAI Inflation Focused Fund | A | Dividend | J | T | Buy (add'l) | 01/30/19 | J | | |
| 257. | | | | | Sold (part) | 06/21/19 | J | A | |
| 258. | | | | | Sold (part) | 08/16/19 | J | | |
| 259. | | | | | Sold (part) | 12/10/19 | J | | |
| 260.  Fidelity SAI US Value Index Fund | A | Dividend | J | T | Sold (part) | 01/30/19 | J | | |
| 261. | | | | | Sold (part) | 06/21/19 | J | | |
| 262. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 263. | | | | | Sold (part) | 11/25/19 | J | A | |
| 264. | | | | | Sold (part) | 12/10/19 | J | A | |
| 265.  Fidelity SAI US Momentum Index Fund | A | Dividend | J | T | Buy (add'l) | 01/30/19 | J | | |
| 266. | | | | | Sold (part) | 03/08/19 | J | | |
| 267. | | | | | Sold (part) | 06/21/19 | J | A | |
| 268. | | | | | Sold (part) | 06/28/19 | J | A | |
| 269. | | | | | Sold (part) | 09/19/19 | J | A | |
| 270. | | | | | Sold (part) | 11/25/19 | J | A | |
| 271.  Fidelity SAI US Large Cap Index Fund | A | Dividend | K | T | Sold (part) | 01/30/19 | J | | |
| 272. | | | | | Sold (part) | 03/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 06/21/19 | J | A | |
| 274. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 275. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 276. | | | | | Sold (part) | 08/19/19 | J | A | |
| 277. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 278. | | | | | Sold (part) | 11/25/19 | J | A | |
| 279. | | | | | Sold (part) | 12/10/19 | J | A | |
| 280. Fidelity SAI Int. Index Fund | A | Dividend | J | T | Sold (part) | 01/30/19 | J | | |
| 281. | | | | | Sold (part) | 03/08/19 | J | | |
| 282. | | | | | Sold (part) | 06/21/19 | J | | |
| 283. | | | | | Sold (part) | 06/28/19 | J | | |
| 284. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 285. | | | | | Sold (part) | 09/19/19 | J | | |
| 286. | | | | | Sold (part) | 11/25/19 | J | | |
| 287. Fidelity SAI Emerging Index FA | A | Distribution | J | T | Sold (part) | 01/30/19 | J | | |
| 288. | | | | | Buy (add'l) | 03/08/19 | J | | |
| 289. | | | | | Sold (part) | 06/21/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 291. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 292. | | | | | Sold<br>(part) | 10/18/19 | J | | |
| 293. | | | | | Sold<br>(part) | 11/25/19 | J | | |
| 294. Fidelity SAI US Quality Index | A | Dividend | J | T | Sold<br>(part) | 03/08/19 | J | A | |
| 295. | | | | | Sold<br>(part) | 06/21/19 | J | A | |
| 296. | | | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 297. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 298. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 299. | | | | | Sold<br>(part) | 11/25/19 | J | | |
| 300. | | | | | Sold<br>(part) | 12/10/19 | J | | |
| 301. Fidelity SAI Small Mid Cap 500 Index Fund | A | Dividend | J | T | Sold<br>(part) | 01/30/19 | J | | |
| 302. | | | | | Sold<br>(part) | 03/08/19 | J | | |
| 303. | | | | | Sold<br>(part) | 06/21/19 | J | | |
| 304. | | | | | Sold<br>(part) | 06/28/19 | J | | |
| 305. | | | | | Sold<br>(part) | 08/16/19 | J | | |
| 306. | | | | | Buy | 10/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 11/25/19 | J | A | |
| 308. | | | | | Sold (part) | 12/10/19 | J | A | |
| 309.   Fidelity Strategic Index Fund | A | Dividend | J | T | Buy (add'l) | 01/30/19 | J | | |
| 310. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 311. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 312. | | | | | Sold (part) | 11/25/19 | J | | |
| 313. | | | | | Sold (part) | 12/10/19 | J | A | |
| 314.   Fidelity US Bond Index Fund | A | Dividend | K | T | Buy (add'l) | 01/30/19 | J | | |
| 315. | | | | | Buy (add'l) | 06/21/19 | J | | |
| 316. | | | | | Sold (part) | 08/16/19 | J | | |
| 317. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 318. | | | | | Buy (add'l) | 10/18/19 | J | | |
| 319. | | | | | Sold (part) | 11/25/19 | J | A | |
| 320. | | | | | Buy (add'l) | 12/10/19 | J | | |
| 321.   Fidelity Conservative Income Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/30/19 | J | | |
| 322. | | | | | Buy (add'l) | 03/08/19 | J | | |
| 323. | | | | | Buy (add'l) | 06/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Sold<br>(part) | 08/16/19 | J | | |
| 325. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 326. | | | | | Sold<br>(part) | 11/25/19 | J | A | |
| 327. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 328.  Strategic Advisors Income Oppt | A | Dividend | J | T | Buy<br>(add'l) | 03/08/19 | J | | |
| 329. | | | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 330. | | | | | Buy<br>(add'l) | 09/19/19 | J | | |
| 331. | | | | | Sold<br>(part) | 10/18/19 | J | A | |
| 332. | | | | | Sold<br>(part) | 11/25/19 | J | A | |
| 333.  Fed Govt Cash Reserves | A | Interest | J | T | | | | | |
| 334.  Ishares Core S&P Small Cap | A | Dividend | J | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 335. | | | | | Sold<br>(part) | 01/31/19 | J | | |
| 336. | | | | | Sold<br>(part) | 06/24/19 | J | | |
| 337. | | | | | Sold<br>(part) | 06/27/19 | J | | |
| 338. | | | | | Sold<br>(part) | 07/01/19 | J | | |
| 339. | | | | | Sold<br>(part) | 08/19/19 | J | | |
| 340. | | | | | Sold<br>(part) | 09/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Buy<br>(add'l) | 10/21/19 | J | | |
| 342. | | | | | Sold<br>(part) | 11/26/19 | J | | |
| 343. Ishares TR EAFE SML EP ETF | A | Dividend | J | T | Sold<br>(part) | 06/24/19 | J | | |
| 344. | | | | | Sold<br>(part) | 06/27/19 | J | | |
| 345. IShares TR EAFE Growth ETF | A | Dividend | J | T | Sold<br>(part) | 03/11/19 | J | | |
| 346. | | | | | Sold<br>(part) | 07/01/19 | J | | |
| 347. | | | | | Buy<br>(add'l) | 08/19/19 | J | | |
| 348. Ishares Inc Core MSCI Emerging Markets | A | Dividend | J | T | Sold<br>(part) | 01/02/19 | J | | |
| 349. | | | | | Buy<br>(add'l) | 03/11/19 | J | | |
| 350. | | | | | Sold<br>(part) | 06/24/19 | J | | |
| 351. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 352. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 353. | | | | | Sold<br>(part) | 09/20/19 | J | | |
| 354. | | | | | Sold<br>(part) | 11/26/19 | J | | |
| 355. Select Sector SPDR TR Energy | A | Dividend | J | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 356. | | | | | Sold<br>(part) | 01/31/19 | J | A | |
| 357. Fidelity Inflation Prot. Bd Index Fund | A | Dividend | J | T | Buy<br>(add'l) | 03/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 359. | | | | | Buy<br>(add'l) | 10/18/19 | J | | |
| 360. | | | | | Sold<br>(part) | 11/25/19 | J | A | |
| 361. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 362. Fidelity Adv Corp Bond | A | Dividend | J | T | Buy<br>(add'l) | 12/10/19 | J | | |
| 363. Investment Account #2: | | | | | | | | | |
| 364. Fidelity Value Discovery | C | Dividend | K | T | Sold<br>(part) | 03/11/19 | J | | |
| 365. Fidelity Blue Chip Growth | A | Distribution | K | T | | | | | |
| 366. American Cap Income Builder | B | Dividend | L | T | Sold<br>(part) | 09/10/19 | J | A | |
| 367. LSV Small Cap Value Fund Inst | | None | | | Sold | 03/11/19 | J | | |
| 368. American Cap World Growth & Income | A | Dividend | K | T | | | | | |
| 369. Dodge & Cox Int. Stock Fund | A | Dividend | J | T | Buy<br>(add'l) | 03/11/19 | J | | |
| 370. | | | | | Sold<br>(part) | 06/25/19 | J | A | |
| 371. | | | | | Sold | 08/29/19 | J | | |
| 372. | | | | | Buy<br>(add'l) | 12/26/19 | J | | |
| 373. American Euro Pacific Growth Fund | A | Dividend | K | T | Sold<br>(part) | 03/06/19 | J | A | |
| 374. | | | | | Sold<br>(part) | 09/10/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. Growth Fund of America | B | Dividend | K | T | Sold (part) | 09/10/19 | J | A | |
| 376. JP Morgan US Lg Cap Core Plus | A | Dividend | J | T | Sold (part) | 12/16/19 | J | A | |
| 377. Loomis Sayles Growth | A | Dividend | J | T | | | | | |
| 378. American New World Fund | B | Dividend | K | T | Sold (part) | 03/06/19 | J | C | |
| 379. | | | | | Sold (part) | 03/18/19 | J | A | |
| 380. | | | | | Sold (part) | 09/10/19 | J | B | |
| 381. T. Rowe Price New ERA | A | Dividend | J | T | Buy (add'l) | 08/29/19 | J | | |
| 382. SPDR Index SHS FDS S&P Global Nas. Res. | A | Dividend | J | T | Sold (part) | 08/30/19 | J | | |
| 383. Transamerica Int. Equity | A | Dividend | J | T | Buy (add'l) | 09/11/19 | J | | |
| 384. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 385. Templeton Global Bond | A | Dividend | | | Buy (add'l) | 03/06/19 | J | | |
| 386. | | | | | Sold (part) | 05/30/19 | J | | |
| 387. | | | | | Sold | 06/25/19 | J | | |
| 388. Victory Munder Vrcty Small Cap Value | A | Dividend | J | T | | | | | |
| 389. Strategic Adv Tax Sensitive Short Dura | A | Dividend | K | T | Buy (add'l) | 05/30/19 | J | | |
| 390. | | | | | Buy (add'l) | 08/29/19 | J | | |
| 391. | | | | | Buy (add'l) | 12/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. Fidelity SAI Tax Free Bond Fund | A | Dividend | K | T | Sold (part) | 03/11/19 | J | A | |
| 393. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 394. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 395. Blackrack National Mun Fund | A | Dividend | K | T | Buy (add'l) | 03/06/19 | J | | |
| 396. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 397. | | | | | Sold (part) | 08/29/19 | J | A | |
| 398. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 399. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 400. Western Asset Managed Muni | A | Dividend | K | T | Buy (add'l) | 03/06/19 | J | | |
| 401. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 402. | | | | | Sold (part) | 09/10/19 | J | A | |
| 403. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 404. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 405. T. Rowe Price Tax Free High Yield | A | Dividend | J | T | Buy (add'l) | 03/06/19 | J | | |
| 406. Wells Fargo Municipal Bond Fund | A | Dividend | J | T | Sold (part) | 03/11/19 | J | A | |
| 407. Fidelity Govt Cash Reserves | A | Interest | J | T | | | | | |
| 408. IShares Core S&P 50 ETF | A | Dividend | K | T | Sold (part) | 03/12/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. IShares Russell Midcap Grwoth | A | Dividend | J | T | | | | | |
| 410. IShares S&P Mid Cap 400 Growth | A | Dividend | J | T | | | | | |
| 411. IShares Russell 1000 Growth ETF | A | Dividend | K | T | Sold (part) | 03/12/19 | J | A | |
| 412. IShares S&P Midcap 400 Value ETF | A | Dividend | J | T | Sold (part) | 09/11/19 | J | A | |
| 413. | | | | | Sold (part) | 12/17/19 | J | A | |
| 414. IShares S&P Small Cap 600 Value | A | Dividend | J | T | Sold (part) | 03/12/19 | J | | |
| 415. | | | | | Sold (part) | 06/26/19 | J | | |
| 416. | | | | | Sold (part) | 08/30/19 | J | | |
| 417. | | | | | Sold (part) | 12/17/19 | J | A | |
| 418. IShares Edge MSCI USA Quality | C | Dividend | K | T | Sold (part) | 03/12/19 | J | A | |
| 419. | | | | | Sold (part) | 06/26/19 | J | A | |
| 420. | | | | | Sold (part) | 09/11/19 | J | A | |
| 421. IShares Edge Misc USA Value Factor | A | Dividend | K | T | | | | | |
| 422. Bed Bath & Beyond | A | Dividend | J | T | | | | | |
| 423. IRA #4: | | | | | | | | | |
| 424. Fidelity Money Market | A | Interest | J | T | | | | | |
| 425. Other Accounts: | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Levy, Jon D. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. U.S. Court Series E Bonds | | None | J | W | | | | | |
| 427. U.S. Court Series EE Bonds | | None | J | W | | | | | |
| 428. Pruce Life Insurance Co. of N.S. Fixed Rate Annuity | B | Dividend | K | T | | | | | |
| 429. Bank of America Checking | | None | J | T | | | | | |
| 430. Gorham Savings Bank Checking | A | Interest | J | T | | | | | |
| 431. TD Bank Checking | | None | J | T | | | | | |
| 432. Wells Fargo Clearing Services | | None | J | T | | | | | |
| 433. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Levy, Jon D.** | 07/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jon D. Levy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544